SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JENNIFER M. HOFFMAN (SBN 240600)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail: jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ANNA S. McLEAN, (SBN 142233)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E-mail amclean@sheppardmullin.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

COTCHETT, PITRE & McCARTHY, LLP
FRANK M. PITRE (SBN 100077)
NABILAH A. HOSSAIN (SBN 329689)
TYSON C. REDENBARGER (SBN 294424)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
E-mail:    fpitre@cpmlegal.com
           nhossain@cpmlegal.com
           tredenbarger@cmplegal.com

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA PITKIN and DAN GROUT, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>        Defendant. | Case No. 3:23-cv-00924-WHO<br>Judge: Hon. William H. Orrick<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL**<br><br>FAC Filed:    August 4, 2023<br>Trial Date:    April 6, 2026 |

Pursuant to Local Rule 6-2, the Parties stipulate to an extension of time for filing Defendant's Opposition to Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel ("Class Certification Motion") [ECF No. 61] and Plaintiffs' Reply to the same. *See* Declaration of Anna S. McLean, filed herewith. The Parties have agreed that Defendant's Opposition papers will be due February 5, 2025 and Plaintiffs' Reply will be due March 19, 2025. *Id.* at ¶5. The Parties accordingly request that the hearing on Plaintiffs' motion be continued to April 23, 2025 at 2:00 p.m. *Id.*

|  | Present Date | New Date |
|---|---|---|
| Opposition | December 18, 2024 | February 5, 2025 |
| Reply | January 31, 2025 | March 19, 2025 |
| Hearing | March 12, 2025 2:00 p.m. | April 23, 2025 2:00 p.m. |

The Parties have encountered challenges in scheduling the depositions of certain of Plaintiffs' declarants, including experts Greg Regan and David Melzer. *Id.* at ¶3. Regan is scheduled to testify at trial in an unrelated matter in late November, while Melzer is unavailable to be deposed until mid-December. *Id.* Likewise, one of Defendant's declarants will be unavailable for deposition from mid-November until January 2025 due to medical leave. *Id.* at ¶4. The upcoming holidays have also limited the Parties' available dates. Accordingly, the Parties have agreed to continue the class certification briefing and hearing dates into early 2025, keeping the same approximate timing between briefing and hearing dates as before. *Id.*

Local Rules 6-2 and 7-12 permit parties to stipulate provided that they, *inter alia*, reduce the stipulation to written form and file it with the Court, supported by a declaration. The stipulation is effective upon the Court's approval. L.R. 6-2(b).

This requested time modification would have no effect on any other deadlines in the case. *Id.* at ¶ 6.

| | |
|---|---|
| Dated: November 12, 2024 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By   */s/ Anna McLean*  <br>ANNA S. McLEAN  <br>JENNIFER M. HOFFMAN |
| | Attorneys for Defendant  <br>STATE FARM GENERAL INSURANCE COMPANY |
| Dated: November 12, 2024 | COTCHETT, PITRE & McCARTHY, LLP |
| | By   */s/ Nabilah Hossain*  <br>NABILAH A. HOSSAIN  <br>TYSON C. REDENBARGER  <br>Attorneys for Plaintiff and the proposed Class |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 13, 2024

By   [signature]
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

I, Anna S. McLean, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  November 12, 2024

By         */s/ Anna McLean*
            Anna S. McLean

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>JENNIFER M. HOFFMAN (SBN 240600)<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>Telephone:    213.620.1780<br>Facsimile:    213.620.1398<br>E-mail: jhoffman@sheppardmullin.com<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>ANNA S. McLEAN, (SBN 142233)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:    415.434.9100<br>Facsimile:    415.434.3947<br>E-mail amclean@sheppardmullin.com<br><br>Attorneys for Defendant<br>STATE FARM GENERAL INSURANCE COMPANY | COTCHETT, PITRE & McCARTHY, LLP<br>FRANK M. PITRE (SBN 100077)<br>NABILAH A. HOSSAIN (SBN 329689)<br>TYSON C. REDENBARGER (SBN 294424)<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>E-mail:    fpitre@cpmlegal.com<br>              nhossain@cpmlegal.com<br>              tredenbarger@cmplegal.com<br><br>Attorneys for Plaintiffs and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA PITKIN and DAN GROUT, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>         Defendant. | Case No. 3:23-cv-00924-WHO<br>Judge: Hon. William H. Orrick<br><br>**DECLARATION OF ANNA S. McLEAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL**<br><br>FAC Filed:         August 4, 2023<br>Trial Date:         April 16, 2026 |

# DECLARATION OF ANNA S. McLEAN

I, Anna S. McLean, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant STATE FARM GENERAL INSURANCE COMPANY ("State Farm") in this litigation. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and if called upon to do so, could testify competently to their truth.

2. The Parties have stipulated to an extension of time for filing Defendant's Opposition to Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel ("Class Certification Motion") [ECF No. 61] and Plaintiffs' Reply to the same.

3. This extension is necessary because the Parties have encountered challenges in scheduling the depositions of certain of Plaintiffs' declarants, including experts Greg Regan and David Melzer. Regan is scheduled to testify at trial in an unrelated matter in late November, while Melzer is unavailable to be deposed until mid-December.

4. Likewise, one of Defendant's declarants will be unavailable for deposition from mid-November until January 2025 due to medical leave. The upcoming holidays have also limited the Parties' available dates. Accordingly, the Parties have agreed to continue the class certification briefing and hearing dates into early 2025, keeping the same approximate timing between briefing and hearing dates as before.

5. To prevent prejudice to the Parties or the Court's time in reviewing the papers, the Parties have agreed that Defendant's Opposition papers will be due February 5, 2025 and Plaintiffs' Reply on March 19, 2025. The Parties request that the hearing on Plaintiffs' Class Certification Motion be continued to April 23, 2025 at 2:00 p.m.

6. The requested time modification would have no effect on any other deadlines in the case.

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3 | Executed on this 12th day of November, 2024, at San Francisco, California.

_____
ANNA S. McLEAN