| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>JENNIFER M. HOFFMAN (SBN 240600)<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>Telephone:   213.620.1780<br>Facsimile:    213.620.1398<br>E-mail: jhoffman@sheppardmullin.com<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>ANNA S. McLEAN, (SBN 142233)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:   415.434.9100<br>Facsimile:    415.434.3947<br>E-mail amclean@sheppardmullin.com<br><br>Attorneys for Defendant<br>STATE FARM GENERAL INSURANCE COMPANY | COTCHETT, PITRE & McCARTHY, LLP<br>FRANK M. PITRE (SBN 100077)<br>NABILAH A. HOSSAIN (SBN 329689)<br>TYSON C. REDENBARGER (SBN 294424)<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>E-mail:       fpitre@cpmlegal.com<br>                   nhossain@cpmlegal.com<br>                   tredenbarger@cmplegal.com<br><br>Attorneys for Plaintiffs and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA PITKIN and DAN GROUT, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>              Defendant. | Case No. 3:23-cv-00924-WHO<br>Judge: Hon. William H. Orrick<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL**<br><br>FAC Filed:        August 4, 2023<br>Trial Date:        April 6, 2026 |

Pursuant to Local Rule 6-2, the Parties stipulate to an extension of time for filing Plaintiffs' Reply In Support of their Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel ("Class Certification Motion") [ECF No. 61]. *See* Declaration of Anna S. McLean, filed herewith. The Parties have agreed that Plaintiffs' Reply papers will be due May 28, 2025. *Id.* at ¶5. The Parties accordingly request that the hearing on Plaintiffs' motion be continued to June 11, 2025 at 2:00 p.m. *Id.*

|  | Present Date | New Date |
|---|---|---|
| Reply | March 19, 2025 | May 28, 2025 |
| Hearing | April 23, 2025 2:00 p.m. | June 11, 2025 |

All of Plaintiffs' fact and expert declarants have been deposed. However, one of Defendant's declarants, who previously had a medical issue, had a significant setback in his recovery and will again be unavailable for deposition for 6-8 weeks due to medical leave. *Id.* at ¶3. The Parties have also taken into consideration the Court's unavailability between May 12-30, 2025. *Id.* at ¶4. Accordingly, the Parties have agreed to continue the class certification briefing and hearing dates for approximately 10 weeks, keeping the same approximate timing between briefing and hearing dates as before. *Id.*

Local Rules 6-2 and 7-12 permit parties to stipulate provided that they, *inter alia*, reduce the stipulation to written form and file it with the Court, supported by a declaration. The stipulation is effective upon the Court's approval. L.R. 6-2(b).

This requested time modification would have no effect on any other deadlines in the case. *Id.* at ¶6.

| | |
|---|---|
| Dated: February 24, 2025 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By  */s/ Anna McLean* <br> ANNA S. McLEAN <br> JENNIFER M. HOFFMAN |
| | Attorneys for Defendant <br> STATE FARM GENERAL INSURANCE COMPANY |
| Dated: February 24, 2025 | COTCHETT, PITRE & McCARTHY, LLP |
| | By  */s/ Nabilah Hossain* <br> NABILAH A. HOSSAIN <br> TYSON C. REDENBARGER <br> Attorneys for Plaintiff and the proposed Class |

Pursuant to stipulation, the Plaintiffs' Reply papers will be due on May 28, 2025. The Class Certification hearing will be held on **June 18, 2025, at 2:00 PM, via Zoom videoconference.**

**PURSUANT TO STIPULATION, as modified, IT IS SO ORDERED:  the hearing is set for June 18, 2025, at 2:00 p.m.**

Dated: February 24, 2025

By  _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

I, Anna S. McLean, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: February 24, 2025

By  */s/ Anna S. McLean*
Anna S. McLean