FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
TYSON C. REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
ANDREW W. BRITTON (SBN 340052)
abritton@cpmlegal.com
MARISSA L. HAUCK (SBN 356799)
mhauck@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

JACK W. WEAVER (SBN 278469)
jack@weltyweaver.com
RACHAEL M. MACHE (SBN 318461)
rachael@weltyweaver.com
**WELTY, WEAVER & CURRIE, P.C.**
3554 Round Barn Boulevard, Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
Fax: (707) 473-9778

*Attorneys for Plaintiffs and the Proposed Class*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN (SBN 240600)
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail: jhoffman@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
ANNA S. McLEAN, (SBN 142233)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E-mail: amclean@sheppardmullin.com

*Attorneys for Defendant*
*State Farm General Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA PITKIN and DAN GROUT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 3:23-cv-00924-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJUST PRETRIAL SCHEDULE** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 37-3, the Parties, upon reaching agreement to the terms set forth below, jointly stipulate to a brief continuance of case deadlines and dates as set forth below:

WHEREAS, Plaintiffs' motion for class certification was heard by the Court on June 18, 2025 and taken under submission;

WHEREAS, after the class certification hearing, the Court issued Civil Minutes stating, in part, that "[a]ny adjustments to the calendar are tabled until an order issues; the Court acknowledges that the time needed for an order to issue may render the current pretrial schedule unrealistic" [Dkt. 93];

WHEREAS, the Court issued its class certification order on July 15, 2025; and

WHEREAS, the Parties agree that amending the remaining dates in the case schedule to account for the current procedural posture of this case will further economy and efficiency for the parties and the Court;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the Parties hereto through their undersigned counsel, subject to the approval of the Court, to the following proposed stipulated dates and respectfully request that the Court order the same:

| Event | Current Date | Proposed Stipulated Date |
|---|---|---|
| Supplemental Expert Reports Due | September 3, 2025 | September 25, 2025 |
| Rebuttal Expert Reports Due | September 23, 2025 | October 16, 2025 |
| Expert Discovery Cutoff | October 17, 2025 | November 11, 2025 |
| Last Day to File Dispositive Motions | | December 19, 2025 |
| Last Day to File Rule 702/*Daubert* Motions | | December 19, 2025 |
| Last Day to Oppose Dispositive or Rule 702/*Daubert* Motions | | January 27, 2025 |
| Last Day to Reply in Support of Dispositive or Rule 702/*Daubert* Motions | | February 24, 2026 |
| Last Day to Hear Dispositive Motions | December 17, 2025 | March 11, 2026 |
| Last Day to Hear Rule 702/*Daubert* Motions | | March 11, 2026 |

| Event | Current Date | Proposed Stipulated Date |
|---|---|---|
| Pretrial Conference | March 2, 2026 | May 4, 2026 |
| Trial | April 6, 2026 | June 1, 2026 |

Dated: August 28, 2025

*/s/ Tyson Redenbarger*

Frank M. Pitre
Nabilah A. Hossain
Tyson Redenbarger
Marissa L. Hauck
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Jack W. Weaver
Rachael M. Mache
**WELTY, WEAVER & CURRIE, P.C.**
3554 Round Barn Boulevard, Suite 300
Santa Rosa, CA 95403

*Attorneys for Plaintiffs and
the Proposed Class*

Dated: August 28, 2025

*/s/ Jennifer M. Hoffman*

Jennifer M. Hoffman
Anna S. McLean
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422

*Attorneys for Defendant
State Farm General Insurance Company*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified:  The Trial will commence on June 8, 2026, at 8:30 a.m. by jury.

DATED: August 28, 2025

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jennifer M. Hoffman, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August, 2025 at Los Angeles, California.


By: */s/ Jennifer M. Hoffman*
          Jennifer M. Hoffman