1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    MELISSA PITKIN, et al.,                    Case No. 23-cv-00924-WHO   (KAW)

8                     Plaintiffs,

9           v.                                  **ORDER RE 11/14/2025 DISCOVERY
                                                LETTERS**
10   STATE FARM FIRE AND CASUALTY               Re: Dkt. Nos. 115, 116
     COMPANY,
11                                              [Discovery Letter Nos. 1-2]
                      Defendant.

12

13          Plaintiffs Melissa Pitkin and Dan Grout filed this class action against Defendant State

14   Farm General Insurance Company, alleging that Defendant's calculation of claim coverage

15   violates California Insurance Code § 2051.  (Discovery Letter No. 1 at 1, Dkt. No. 115.)

16   Specifically, after Plaintiffs' home was destroyed by a wildfire, Defendant accepted coverage,

17   including making payments based on actual cash value ("ACV") for certain personal property.

18   (*Id.*)  Section 2051 requires that ACV be calculated under a replacement cost ("RC") less

19   depreciation methodology.  (*Id.*)  Defendant, however, estimated ACV by first estimating RC,

20   including applicable sales tax, and then applying depreciation.  (*Id.*)  Thus, Plaintiffs allege that

21   Defendant violates § 2051 by depreciating sales tax.  (*Id.*)

22          On November 14, 2025, the parties filed two discovery letters concerning: (1) Plaintiffs'

23   deadline to respond to Defendant's Requests for Production ("RFPs") concerning personal

24   property Plaintiffs have now replaced, and (2) Defendant's request for a second deposition of

25   Plaintiff Pitkin regarding the replacement of property and a potential RC claim.

26          The relevant fact discovery cutoff is currently December 19, 2025.  (Discovery Letter No.

27   1 at 1.)  Plaintiff Pitkin's deposition is tentatively scheduled for December 17, 2025.  (*Id.* at 2.)

28   Additionally, Plaintiffs have until December 16, 2025 to make an RC claim for property they

United States District Court
Northern District of California

1    replaced up to approximately $100,000 (in addition to the ACV payment they have already

2    received), but have not made such a claim to date.  (*Id.* at 3.)

3         The Court finds that Defendant is entitled to a second deposition of Plaintiff Pitkin.  As

4    Plaintiffs acknowledge, Plaintiffs' RC claim "may impact class standing and total damages."

5    (Discovery Letter No. 2 at 3.)  Defendant is entitled to discovery regarding both.  While Plaintiffs

6    argue that Defendant could simply rely on the documents produced in response to the RFPs,

7    Defendant points out that they would also seek to ask whether Plaintiffs intend to make an RC

8    claim and, if not, why.  (*Id.* at 4.)  Defendant notes, for example, that if Plaintiffs replaced their

9    property for more than their received ACV payment and yet choose not to make an RC claim, such

10   a choice could show that their damages are attributable to their decision to not make an RC claim.

11   (*Id.* at 5.)  In the alternative, Plaintiffs argue that the second deposition is not warranted because at

12   Plaintiff Pitkin's initial deposition, Defendant already had a full itemized list of the lost personal

13   property.  (*Id.* at 3.)  The second deposition, however, is focused on the replacement of that

14   personal property, which Plaintiffs apparently asserted was "premature" at the time of the prior

15   deposition.  (*See id.* at 5.)  Thus, it does not appear that a second deposition will be duplicative.

16        The Court, however, will impose limits.  First, as Defendant states that the deposition is

17   not expected to take more than two hours, the Court will limit the second deposition to two hours.

18   (Discovery Letter No. 2 at 4.)  Second, although Plaintiffs complain about the possibility of an

19   open-ended deposition where Defendant could revisit topics covered in previous depositions,

20   Defendant has already stated that it only seeks information regarding Plaintiffs' replacement of

21   property and RC claim.  (*Id.* at 3, 4.)  Thus, to foreclose any concerns of overbreadth or burden,

22   the Court limits the deposition to the replacement of property and RC claim.

23        With respect to the document production, the parties dispute the timing of such a

24   production.  Defendant requests that the documents be produced by December 1, while Plaintiffs

25   argue that the documents need not be produced until December 16 -- the deadline for Plaintiff to

26   file their RC claim.  (Discovery Letter No. 1 at 2, 4.)

27        Here, Defendant seeks the documents in preparation for Plaintiff Pitkin's second

28   deposition.  (Discovery Letter No. 1 at 4.)  It is not reasonable to require that Defendant review

United States District Court
Northern District of California

2

1    documents produced on December 16 in time for a December 17 deposition.  That said, Defendant

2    does not explain why they require over two weeks to review the document production in

3    preparation for the deposition.  The Court finds appropriate a December 10, 2025 deadline, *i.e.*,

4    one week prior to the deposition.  Plaintiffs should, of course, produce responsive documents

5    earlier if they are ready.

6          Accordingly, the Court ORDERS that Plaintiffs produce responsive documents by

7    **December 10, 2025**, and that Plaintiff Pitkin be produced for a second deposition, which shall be

8    limited to two hours and shall be on the topics of the replacement of property and RC claim.

9          This order disposes of Dkt. Nos. 115 and 116.

10          IT IS SO ORDERED.

11   Dated: December 4, 2025

12                                               _____
                                                 KANDIS A. WESTMORE
13                                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3