STEPHEN B. MURRAY, JR (Pro Hac Vice)
smurrayjr@murray-lawfirm.com
THOMAS M. BEH (Pro Hac Vice)
tbeh@murray-lawfirm.com
THE MURRAY LAW FIRM
701 Poydras Street, Ste. 4250
New Orleans, LA 70115
Telephone: (504) 525-8100
Fax: (504) 584-5249

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
TYSON C. REDENBARGET (SBN 294424)
tredenbarger@cpmlegal.com
ANDREW W. BRITTON (SBN 340052)
abritton@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiffs and the Class*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398
E-mail:      jhoffman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ANNA S. McLEAN, Cal. Bar No. 142233
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
E-mail       amclean@sheppardmullin.com

*Attorneys for Defendant*
*STATE FARM GENERAL INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA PITKIN and DAN GROUT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 3:23-cv-00924-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION**<br><br>FAC Filed: Date:   August 4, 2023<br>Trial Date:         June 8, 2026 |

1    Pursuant to Local Rule 7-12, the Parties stipulate to a minor amendment to the class definition as stated in the Order Certifying Class dated July 15, 2025 (Dkt. 102)("Certification Order"). In the Certification Order, the Court certified a class defined as follows:

> All persons who, between March 1, 2019, and the present, were or are a named insured under a property insurance policy issued in California by Defendant, who suffered a covered loss to **real or** personal property for which they received payment of actual cash value (ACV) benefits that were reduced due to depreciation of sales tax, and who were paid or are reasonably certain to be paid benefits in an amount that is less than the applicable policy limits.

Id., (Emphasis added). The Parties are currently in the process of negotiating the class notice plan and, as part of those negotiations, request that this Court amend this definition by removing the words "real or" from the class definition. This amendment is necessary to have the class definition be consistent with the allegations in this matter.

As revised, the class definition will state as follows:

> All persons who, between March 1, 2019, and the present, were or are a named insured under a property insurance policy issued in California by Defendant, who suffered a covered loss to personal property for which they received payment of actual cash value (ACV) benefits that were reduced due to depreciation of sales tax, and who were paid or are reasonably certain to be paid benefits in an amount that is less than the applicable policy limits.

Defendant continues to contest the appropriateness of certification of any class, and reserves all rights regarding the same.

Dated:  December 5, 2025         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/ *Anna S. McLean*
JENNIFER M. HOFFMAN
ANNA S. McLEAN
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

Dated: December 5, 2025         MURRAY LAW FIRM

By:   /s/ *Thomas M. Beh*
STEPHEN B. MURRAY, JR.
THOMAS M. BEH
Attorneys for Plaintiffs and Class

PURSUANT TO STIPULATION, the certified class definition is hereby amended as requested.

Dated: _____

By: _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to all signatories to this document, and that I have obtained all signatories' authorization to affix their electronic signatures to this document

Executed on December 5, 2025, at San Francisco, California.

*/s/ Thomas M. Beh*