**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** June 10, 2026 | **Time:** 34 minutes 2:51 p.m. to 3:25 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00924-WHO | **Case Name:** Pitkin v. State Farm General Insurance Company | |

**Attorneys for Plaintiff:**    Tyson C. Redenbarger (appearing in person)
Jack W. Weaver and Thomas Beh (appearing via videoconference)

**Attorneys for Defendant:**    Andre J. Cronthall and Jennifer M. Hoffman (appearing in person)
(Expert D. Duane Steffex also present)

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS**

Hearing on multiple motions conducted in hybrid format. The Court summarizes tentative. Argument of counsel heard. Motions taken under submission; written order to follow.