UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA PITKIN, et al.,

        Plaintiffs,

    v.

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.

Case No. 23-cv-00924-WHO

**ORDER FOR TRIAL PLAN**

As discussed during the hearing on the motions for summary judgment, plaintiffs shall prepare a trial plan to be filed by July 10, 2026.  Defendant may respond by July 24, 2026.  We will discuss the plan in conjunction with the Pretrial Conference on August 10, 2026.  For purposes of preparation of the plan, the parties may assume that my interpretation of Section 2051(b) will remain consistent with the tentative and that plaintiffs will have to prove injury/damage at trial.

    **IT IS SO ORDERED.**

Dated: June 22, 2026



William H. Orrick
United States District Judge