United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PITKIN, et al.,<br>Plaintiffs,<br>v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>Defendant. | Case No. 23-cv-00924-WHO<br><br>**BRIEFING SCHEDULE FOR DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 231 |

Plaintiffs have filed an *ex parte* discovery dispute requesting that I compel State Farm to produce a "complete, combined dataset with all of the columns from the 2025 dataset by a date certain." Dkt. No. 231 at 2. State Farm now requests additional time to respond. *See* Dkt. No. 232. State Farm shall have until **September 17, 2026**, to file a 2.5-page opposition to plaintiffs' discovery letter. Plaintiffs may file a 1–page reply brief by **September 18, 2026**, if they wish to do so.

**IT IS SO ORDERED.**

Dated: September 15, 2026



William H. Orrick
United States District Judge